Thomas M. **PIRACCI**, Infant, by his Mother and Next Friend, Violet M. Piracci, Appellant,

v.

The **HEARST CORPORATION**, a body corporate, Appellee.

No. 10689.

United States Court of Appeals Fourth Circuit.

Argued Jan. 10, 1967.

Decided Jan. 16, 1967.

Marvin Ellin, Baltimore, Md., for appellant.

Theodore Sherbow, Baltimore, Md. (William A. Agee and Sherbow, Shea & Doyle, Baltimore, Md., on brief), for appellee.

Before BOREMAN and CRAVEN, Circuit Judges, and RUSSELL, District Judge.

PER CURIAM:

Thomas M. Piracci seeks damages claimed to have been sustained by him when he was fifteen years of age through the publication of an allegedly libelous article appearing in the August 16, 1965, issue of the Baltimore News American, a newspaper owned and published by the defendant. The District Court granted the defendant's motion for summary judgment.

We affirm for the reasons stated by the District Court in its written opinion.[1]

Affirmed.

**UNITED STATES** of America ex rel. Edward C. **BEHM**, Appellant,

v.

Harry E. **RUSSELL**, Superintendent State Correctional Institution, Huntingdon, Pennsylvania.

No. 16011.

United States Court of Appeals Third Circuit.

Submitted Feb. 6, 1967.

Decided Feb. 20, 1967.

Edward C. Behm, pro se.

Amos Davis, Dist. Atty., Hollidaysburg, Pa., for appellee.

Before HASTIE, FORMAN and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

The appellant, a state prisoner, has appealed from the denial of his petition for habeas corpus. His principal contention is that he pleaded guilty without the constitutionally essential benefit of counsel. With adequate justification in the record, the disputed factual issues concerning the appointment and conduct of counsel have been decided against the appellant. Accordingly, the collateral attack upon his conviction fails.

The court notes with disapproval the failure of counsel for the appellee to file a brief and an appendix which might have facilitated our consideration of this appeal.

The judgment will be affirmed.

1. Piracci v. The Hearst Corporation, 263 F.Supp. 511 (D.C.D.Md.1966).